IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DERRICK HOWARD,

    Plaintiff,

v.

LT. D. BERKEBILL, CAPT. D. MORGAN,
MS. J. MINK, SGT. TESKA,
OFFICER JOHNSON and
DEPUTY WARDEN TIM DOUMA,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-561-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case for plaintiff's failure to state a claim that any defendant violated his constitutional rights.

_____    9/9/2011
Peter Oppeneer, Clerk of Court             Date